**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christian M. Alcorn aka Cristian M. Bruise | CHAPTER 13 |
| Debtors | BKY. NO. 11-24477 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, as authorized servicer for CWABS Asset-Backed Certificates Trust 2007-BC1, as owner and holder of account/contract originated by OWNIT MORTGAGE SOLUTIONS, INC., A CALIFORNIA CORPORATION, and index same on the master mailing list.

Re: Loan # Ending In: 0593

    Respectfully submitted,

    **/s/ Joshua I. Goldman, Esquire**
    Joshua I. Goldman, Esquire
    jgoldman@kmllawgroup.com
    Attorney I.D. No. 205047
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-825-6306
    Fax: 215-825-6406
    Attorney for Movant/Applicant