**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gary E. Alcorn Jr.** | Social Security number or ITIN   **xxx–xx–5304** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christian M. Alcorn** | Social Security number or ITIN   **xxx–xx–0838** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **11–24477–GLT**

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary E. Alcorn Jr.                                                    Christian M. Alcorn
                                                                      aka Christian M. Brusie

<u>11/15/16</u>                                                       **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 11-24477-GLT
Gary E. Alcorn                                                      Chapter 13
Christian M. Alcorn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 5           Date Rcvd: Nov 15, 2016
                              Form ID: 3180W          Total Noticed: 111

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
```
db/jdb         +Gary E. Alcorn, Jr.,    Christian M. Alcorn,    3159 Indiana Drive,
                 Lower Burrell, PA 15068-2842
cr             +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
13126319       +AAS Debt Recovery Inc.,    Po Box 129,    Monroeville, PA 15146-0129
13126320       +ACS,    501 Bleecker Street,    Utica, NY 13501-2401
13126321        ACS,    PO Box 9001561,    Louisville, KY 40290-1561
13139443       +AES,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13193363       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13126323       +AIS Services LLC,    8996 Miramar Road,    Suite 220,    San Diego, CA 92126-4451
13126327        ARS,    207 West 2nd Avenue,    Escondido, CA 92025
13126329       +AT&T,    PO Box 78973,    Phoenix, AZ 85062-8973
13240353       #+Aaron's, Inc.,    2800 Canton Road, Suite 900,    Marietta, GA 30066-5477
13126324       +Allegheny Ludlum Federal Credit Union,    1117 Brackenridge Avenue,
                 Brackenridge, PA 15014-1503
13126326       +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13161895       +Beneficial Consumer Discount Company,    2929 Walden Ave,    Depew, New York 14043-2602
13126347       ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                 (address filed with court: Comcast,    P.O. Box 3012,    Southeastern, PA 19398-3012)
13126336        Cash Jar,    PO Box 1639,    Belize City, Belize, C.A.
13126337       +Charter One Auto Finance,    228 Main Street East,    Rochester, NY 14604-2121
13126339       +Chase,    Po Box 7090,    Mesa, AZ 85216-7090
13126344       +Citizen's Bank,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
13126345       +City of Lower Burrell,    115 Schreiber Street,    Lower Burrell, PA 15068-3229
13126346        Clearview Credit Union,    1453 Beers School,    Coraopolis, PA 15108
13126348        Conseco Finance,    345 St. Peter,    900 Landmark,    Saint Paul, MN 55102
13126352       +Dish Network,    PO Box 3097,    Bloomington, IL 61702-3097
13250086        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13126355       +Fingerhut/Met Bank,    Post Office Box 166,    Newark, NJ 07101-0166
13126356       +First National Bank,    500 East 60th Street North,    Sioux Falls, SD 57104-0478
13139479       +Gary L. Alcorn Sr.,    3089 Ben Davis Avenue,    New Kensington, PA 15068-3434
13126363       +Goldman & Warshaw, PC,    Attorneys at Law,    PO Box 106,    Pine Brook, NJ 07058-0106
13126371       +Litton Loan,    24 Greenway Plaza #712,    Houston, TX 77046-2401
13126372       +Litton Loan Servicing,    4828 Loop Central Drive,    Houston, TX 77081-2166
13126374       +Marine Bank,    3120 Robbins Road,    Springfield, IL 62704-7405
13126376       +My Payday Loan,    Centro Colon,    8 Ava Piso,    San Jose, Costa Rica
13757842       +NATIONAL CAPITAL MANAGEMENT, LLC.,    PO Box 41117,    Norfolk, VA 23541-1117
13126379       +Northwest Consumer Discount Company,    4326 Northern Pike,    Monroeville, PA 15146-2834
13126395       +Peoples TWP LLC,    205 North Main Street,    Butler PA 16001-4904
13126322       +SUNTRUST,    c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg PA 17105-8183
13126388       +Smith, Haynes & Watson,    PO Box 148,    Mission, KS 66201-0148
13126392       +Sprint,    PO Box 600607,    Jacksonville, FL 32260-0607
13126393       +State Collection Services,    2509 South Stoughton Road,    Madison, WI 53716-3314
13139515       +TW Phillips Gas and Oil,    205 North Main Street,    Butler, PA 16001-4998
13126394       +The Law Office of,    Edwin A. Abrahamsen & Associates PC,    120 North Kyser Avenue,
                 Scranton, PA 18504-9701
13126396        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13126397       +US Department of Education,    Po Box 5609,    Greenville, TX 75403-5609
13126399        Vision Financial Corporation,    Post Office Box 900,    Purchase, NY 10577-0900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2016 02:16:37      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2016 02:16:17      Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
cr              EDI: JEFFERSONCAP.COM Nov 16 2016 02:04:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617
cr              EDI: AIS.COM Nov 16 2016 02:03:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
cr              EDI: AIS.COM Nov 16 2016 02:03:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,    Houston, TX  77210-4457
cr             +EDI: PRA.COM Nov 16 2016 02:03:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Nov 16 2016 02:03:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13126330        EDI: CINGMIDLAND.COM Nov 16 2016 02:03:00      AT&T Wireless,    PO Box 129,
                 Newark, NJ 07101-0129
13139446       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 16 2016 02:16:55      Allegheny Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15606-0001
13126328       +EDI: ACCE.COM Nov 16 2016 02:03:00      Asset Acceptance LLC,    Po Box 2036,
                 Warren, MI 48090-2036
13126331       +EDI: BANKAMER.COM Nov 16 2016 02:04:00      Bank of America, N.A.,    450 American Street,
                 Simi Valley, CA 93065-6285
```

```
District/off: 0315-2              User: mgut                Page 2 of 5                  Date Rcvd: Nov 15, 2016
                                  Form ID: 3180W            Total Noticed: 111


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13242737      +EDI: BANKAMER.COM Nov 16 2016 02:04:00      Bank of America, N.A.,    7105 Corporate Drive,
               Plano, TX 75024-4100
13126332      +EDI: TSYS2.COM Nov 16 2016 02:03:00      Barclays Bank Delaware,    125 South West Street,
               Wilmington, DE 19801-5014
13126333      +EDI: HFC.COM Nov 16 2016 02:04:00      Beneficial,    Po Box 3425,    Buffalo, NY 14240-3425
13163601      +EDI: OPHSUBSID.COM Nov 16 2016 02:04:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13126334       EDI: CAPITALONE.COM Nov 16 2016 02:04:00      Capital One,    Po Box 85520,    Richmond, VA 23285
13126341      +EDI: BLUESTEM.COM Nov 16 2016 02:04:00      CIT/Fingerhut,    6250 Ridgewood Road,
               St Cloud, MN 56303-0820
13126335      +EDI: CAPONEAUTO.COM Nov 16 2016 02:03:00      Capital One Auto Finance,    3901 Dallas Parkway,
               Plano, TX 75093-7864
13126338      +EDI: CHASE.COM Nov 16 2016 02:03:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13126349      +EDI: CMIGROUP.COM Nov 16 2016 02:03:00      Credit Management LP,    4200 International Parkway,
               Carrollton, TX 75007-1912
13126351      +EDI: RCSFNBMARIN.COM Nov 16 2016 02:03:00      Credit One Bank,    Po Box 98872,
               Las Vegas, NV 89193-8872
13126350      +EDI: RCSFNBMARIN.COM Nov 16 2016 02:03:00      Credit One Bank,    Po Box 98875,
               Las Vegas, NV 89193-8875
14301170       E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2016 02:16:17      Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
13126354      +EDI: CONVERGENT.COM Nov 16 2016 02:04:00      ER Solutions,    800 SW 39th Street,
               Renton, WA 98057-4975
13195274       EDI: RECOVERYCORP.COM Nov 16 2016 02:03:00      Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13126357      +EDI: AMINFOFP.COM Nov 16 2016 02:03:00      First Premier Bank,    601 South Minnesota Avenue,
               Sioux Falls, SD 57104-4868
13126358      +EDI: RMSC.COM Nov 16 2016 02:04:00      GE Money Bank/DSGI,    Po Box 1400,
               El Paso, TX 79948-1400
13126359       EDI: RMSC.COM Nov 16 2016 02:04:00      GE Money Bank/JCPenney,    Po Box 984100,
               El Paso, TX 79998
13126360       EDI: RMSC.COM Nov 16 2016 02:04:00      GE Money Bank/Lowes,    Po Box 103065,
               Roswell, GA 30076
13126361      +EDI: RMSC.COM Nov 16 2016 02:04:00      GE Money Bank/Ritz Camera,    Po Box 981439,
               El Paso, TX 79998-1439
13126362      +EDI: RMSC.COM Nov 16 2016 02:04:00      GE Money Bank/Walmart,    Po Box 981400,
               El Paso, TX 79998-1400
13527412       EDI: RECOVERYCORP.COM Nov 16 2016 02:03:00      Granite Recovery LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13126364      +EDI: HFC.COM Nov 16 2016 02:04:00      HSBC,    6602 Convoy Court,    San Diego, CA 92111-1009
13126367       EDI: HFC.COM Nov 16 2016 02:04:00      Hsbc/Best Buy,    Po Box 15519,    Wilmington, DE 19850
13126365      +EDI: HFC.COM Nov 16 2016 02:04:00      Hsbc,    Po Box 5253,    Carol Stream, IL 60197-5253
13126366      +EDI: HFC.COM Nov 16 2016 02:04:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13126368      +EDI: HFC.COM Nov 16 2016 02:04:00      Hsbc/Gateway,    Po Box 703,    Wood Dale, IL 60191-0703
13126369       EDI: JEFFERSONCAP.COM Nov 16 2016 02:04:00      Jefferson Capital System,    16 Mcleland Road,
               Saint Cloud, MN 56303
13171674       EDI: JEFFERSONCAP.COM Nov 16 2016 02:04:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617
13126370      +E-mail/Text: ebnsterling@weltman.com Nov 16 2016 02:16:19      Kay Jewelers,    375 Ghent Road,
               Fairlawn, OH 44333-4600
13126373      +EDI: RESURGENT.COM Nov 16 2016 02:04:00      LVNV Funding LLC,    Po Box 740281,
               Houston, TX 77274-0281
13126375      +EDI: MID8.COM Nov 16 2016 02:03:00      Midland Credit Management,    8875 Aero Drive,
               San Diego, CA 92123-2255
13619860       EDI: AIS.COM Nov 16 2016 02:03:00      Midland Funding LLC,    by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,    Houston, TX 77210-4457
13537031       EDI: AIS.COM Nov 16 2016 02:03:00      Midland Funding LLC,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX 77210-4457
13126378      +E-mail/Text: egssupportservices@egscorp.com Nov 16 2016 02:17:03      NCO Financial,
               507 Prudential Road,    Horsham, PA 19044-2368
13126377      +EDI: NFCU.COM Nov 16 2016 02:04:00      Navy Federal Credit Union,    P.O. Box 3000,
               Merrifield, VA 22119-3000
13126381       EDI: PRA.COM Nov 16 2016 02:03:00      Portfolio Recovery Associates,    120 Corporate Boulevard,
               Suite 100,    Norfolk, VA 23502
13199613       EDI: PRA.COM Nov 16 2016 02:03:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
               Norfolk VA 23541
13846550       EDI: PRA.COM Nov 16 2016 02:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541
13126382       E-mail/Text: admin@pdminc.net Nov 16 2016 02:16:06      Professional Debt,
               4161 Carmichael Avenue,    Jacksonville, FL 32207
13182183       EDI: RECOVERYCORP.COM Nov 16 2016 02:03:00      Portfolio Investments I LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13126380      +EDI: PRA.COM Nov 16 2016 02:03:00      Portfolio Recovery & Affiliates,
               120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
13527413       EDI: RECOVERYCORP.COM Nov 16 2016 02:03:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13126389       EDI: AGFINANCE.COM Nov 16 2016 02:03:00      Springleaf Finance,    915 West 31st Street,
               Wichita, KS 67217
```

```
District/off: 0315-2           User: mgut                  Page 3 of 5                   Date Rcvd: Nov 15, 2016
                               Form ID: 3180W              Total Noticed: 111


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13126390      EDI: AGFINANCE.COM Nov 16 2016 02:03:00      Springleaf Financial Services,
               400 South Water Street,    Suite 1,    Kittanning, PA 16201
13126391      EDI: AGFINANCE.COM Nov 16 2016 02:03:00      Springleaf Financial Services,
               915 West 31st Street South,    Wichita, KS 67217
13139513      EDI: NEXTEL.COM Nov 16 2016 02:03:00      Sprint Nextel,   P.O. Box 7949,
               Overland Park KS 66207-0949
13126384     +EDI: NAVIENTFKASMSERV.COM Nov 16 2016 02:03:00      Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
13164029      EDI: NAVIENTFKASMGUAR.COM Nov 16 2016 02:04:00      Sallie Mae Inc. on behalf of USA FUNDS,
               Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13126385     +EDI: NAVIENTFKASMSERV.COM Nov 16 2016 02:03:00      Sallie Mae Servicing,   1002 Arthur Drive,
               Lynn Haven, FL 32444-1683
13126386     +EDI: DRIV.COM Nov 16 2016 02:04:00      Santander Consumer USA,   Po Box 961245,
               Ft Worth, TX 76161-0244
13126387     +EDI: SEARS.COM Nov 16 2016 02:04:00      Sears,   Po Box 6189,   Sioux Falls, SD 57117-6189
13217847     +EDI: VERIZONCOMB.COM Nov 16 2016 02:04:00      VERIZON,    404 BROCK DR,
               BLOOMINGTON, IL 61701-2654
13126398     +EDI: VERIZONCOMB.COM Nov 16 2016 02:04:00      Verizon,   Bankruptcy Department,
               3900 Washington Street,    Wilmington, DE 19802-2125
13126401     +EDI: WFNNB.COM Nov 16 2016 02:04:00      WFNNB/Lane Bryant,   4590 East Broad Street,
               Columbus, OH 43213-1301
13126400      EDI: CHASE.COM Nov 16 2016 02:03:00      Washington Mutual Bank,   7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
13126325      E-mail/Text: bankruptcy@firstenergycorp.com Nov 16 2016 02:16:55      West Penn Power Co,
               P.O. Box 1392,    Fairmont WV 26555-1392
                                                                                               TOTAL: 67

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank of America, N.A.
cr            Ditech Financial LLC
13126318      Gary E. Alcorn, Jr. and Christian M. Alcorn
13139439      Gary E. Alcorn, Jr. and Christian M. Alcorn
cr*          +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*           ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13139440*    +AAS Debt Recovery Inc.,    Po Box 129,    Monroeville, PA 15146-0129
13139442*     ACS,   PO Box 9001561,    Louisville, KY 40290-1561
13139441*     ACS,   501 Bleecker Street,    Utica, NY 13501-2401
13139444*    +AIS Services LLC,   8996 Miramar Road,    Suite 220,    San Diego, CA 92126-4451
13139448*     ARS,   207 West 2nd Avenue,    Escondido, CA 92025
13139450*    +AT&T,   PO Box 78973,    Phoenix, AZ 85062-8973
13139451*     AT&T Wireless,    PO Box 129,   Newark, NJ 07101-0129
13139445*    +Allegheny Ludlum Federal Credit Union,    1117 Brackenridge Avenue,
               Brackenridge, PA 15014-1503
13139447*    +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13139449*    +Asset Acceptance LLC,    Po Box 2036,   Warren, MI 48090-2036
13139452*    +Bank of America, N.A.,    450 American Street,    Simi Valley, CA 93065-6285
13139453*    +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
13139454*    +Beneficial,    Po Box 3425,   Buffalo, NY 14240-3425
13139455*   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
13139462*    +CIT/Fingerhut,   6250 Ridgewood Road,    St Cloud, MN 56303-0820
13139463*    +CITI Auto,    2208 Highway 121,   Suite 100,   Bedford, TX 76021-5981
13139468*   ++COMCAST,   676 ISLAND POND RD,    MANCHESTER NH 03109-4840
              (address filed with court: Comcast,    P.O. Box 3012,   Southeastern, PA 19398-3012)
13139456*    +Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
13139457*     Cash Jar,   PO Box 1639,    Belize City, Belize, C.A.
13139458*    +Charter One Auto Finance,    228 Main Street East,    Rochester, NY 14604-2121
13139459*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13139460*    +Chase,   Po Box 7090,    Mesa, AZ 85216-7090
13139461*    +Chase Health Advance,    Po Box 4758,   Carol Stream, IL 60197-4758
13139464*    +Citifinancial,    Great Valley Shop Center,   1738 Greensburg Avenue,
               North Versailles, PA 15137-1667
13139465*    +Citizen's Bank,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
13139466*    +City of Lower Burrell,    115 Schreiber Street,    Lower Burrell, PA 15068-3229
13139467*     Clearview Credit Union,    1453 Beers School,    Coraopolis, PA 15108
13139469*     Conseco Finance,    345 St. Peter,   900 Landmark,    Saint Paul, MN 55102
13139470*    +Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
13139472*    +Credit One Bank,    Po Box 98872,   Las Vegas, NV 89193-8872
13139471*    +Credit One Bank,    Po Box 98875,   Las Vegas, NV 89193-8875
13139473*    +Dish Network,    PO Box 3097,   Bloomington, IL 61702-3097
13139475*    +ER Solutions,    800 SW 39th Street,   Renton, WA 98057-4975
13139474*    +Equable Ascent Financial,    1120 West Lake Cook Road,    Buffalo Grove, IL 60089-1970
13139476*    +Fingerhut/Met Bank,    Post Office Box 166,    Newark, NJ 07101-0166
13139477*    +First National Bank,    500 East 60th Street North,    Sioux Falls, SD 57104-0478
13139478*    +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13139480*    +GE Money Bank/DSGI,    Po Box 1400,   El Paso, TX 79948-1400
13139481*     GE Money Bank/JCPenney,    Po Box 984100,   El Paso, TX 79998
13139482*     GE Money Bank/Lowes,    Po Box 103065,   Roswell, GA 30076
```

```
District/off: 0315-2          User: mgut                  Page 4 of 5                  Date Rcvd: Nov 15, 2016
                              Form ID: 3180W              Total Noticed: 111


              ***** BYPASSED RECIPIENTS (continued) *****
13139483*       +GE Money Bank/Ritz Camera,    Po Box 981439,    El Paso, TX 79998-1439
13139484*       +GE Money Bank/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
13139485*       +Goldman & Warshaw, PC,    Attorneys at Law,    PO Box 106,    Pine Brook, NJ 07058-0106
13139486*       +HSBC,    6602 Convoy Court,    San Diego, CA 92111-1009
13139489*      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/Best Buy,     Po Box 15519,    Wilmington, DE 19850)
13139487*       +Hsbc,    Po Box 5253,    Carol Stream, IL 60197-5253
13139488*       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13139490*       +Hsbc/Gateway,    Po Box 703,    Wood Dale, IL 60191-0703
13139491*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital System,     16 Mcleland Road,
                  Saint Cloud, MN 56303)
13139492*       +Kay Jewelers,    375 Ghent Road,    Fairlawn, OH 44333-4600
13139495*       +LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
13139493*       +Litton Loan,    24 Greenway Plaza #712,    Houston, TX 77046-2401
13139494*       +Litton Loan Servicing,    4828 Loop Central Drive,    Houston, TX 77081-2166
13139496*       +Marine Bank,    3120 Robbins Road,    Springfield, IL 62704-7405
13139497*       +Midland Credit Management,    8875 Aero Drive,    San Diego, CA 92123-2255
13537720*        Midland Funding LLC,    by American InfoSource LP as agent,     PO Box 4457,
                  Houston, TX  77210-4457
13537721*        Midland Funding LLC,    by American InfoSource LP as agent,     PO Box 4457,
                  Houston, TX  77210-4457
13139498*        My Payday Loan,    Centro Colon,    8 Ava Piso,    San Jose, Costa Rica
13139499*       +NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2368
13139500*       +Northwest Consumer Discount Company,     4326 Northern Pike,    Monroeville, PA 15146-2834
13139502*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,      120 Corporate Boulevard,
                  Suite 100,    Norfolk, VA 23502)
13139503*      ++PROFESSIONAL DEBT MEDIATION,    7948 BAYMEADOWS WAY,    2ND FLOOR,    JACKSONVILLE FL 32256-8539
                (address filed with court: Professional Debt,     4161 Carmichael Avenue,
                  Jacksonville, FL 32207)
13139501*       +Portfolio Recovery & Affiliates,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
13139504*       +RJM Acquisitions Funding LLC,    575 Underhill Boulevard,    Suite 2,    Syosset, NY 11791-3416
13139510*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court: Springleaf Finance,     915 West 31st Street,    Wichita, KS 67217)
13139511*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court: Springleaf Financial Services,      400 South Water Street,    Suite 1,
                  Kittanning, PA 16201)
13139512*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court: Springleaf Financial Services,      915 West 31st Street South,
                  Wichita, KS 67217)
13139505*       +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13139506*       +Sallie Mae Servicing,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
13139507*       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
13139508*       +Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
13139509*       +Smith, Haynes & Watson,    PO Box 148,    Mission, KS 66201-0148
13139514*       +The Law Office of,    Edwin A. Abrahamsen & Associates PC,     120 North Kyser Avenue,
                  Scranton, PA 18504-9701
13139516*       +US Department of Education,    Po Box 5609,    Greenville, TX 75403-5609
13139517*       +Verizon,    Bankruptcy Department,    3900 Washington Street,    Wilmington, DE 19802-2125
13139518*        Vision Financial Corporation,    Post Office Box 900,    Purchase, NY 10577-0900
13139520*       +WFNNB/Lane Bryant,    4590 East Broad Street,    Columbus, OH 43213-1301
13139519*        Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13126342        ##+CITI Auto,    2208 Highway 121,    Suite 100,    Bedford, TX 76021-5981
13126340        ##+Chase Health Advance,    Po Box 4758,    Carol Stream, IL 60197-4758
13126343        ##+Citifinancial,    Great Valley Shop Center,    1738 Greensburg Avenue,
                  North Versailles, PA 15137-1667
13126353        ##+Equable Ascent Financial,    1120 West Lake Cook Road,    Buffalo Grove, IL 60089-1970
13126383        ##+RJM Acquisitions Funding LLC,    575 Underhill Boulevard,    Suite 2,    Syosset, NY 11791-3416
13129982        ##+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 4, * 80, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2              User: mgut                 Page 5 of 5              Date Rcvd: Nov 15, 2016
                                  Form ID: 3180W             Total Noticed: 111
```

                ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              Jason J. Mazzei    on behalf of Plaintiff Christian M. Alcorn jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jason J. Mazzei     on behalf of Plaintiff Gary E. Alcorn, Jr. jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis     on behalf of Joint Debtor Christian M. Alcorn help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis     on behalf of Debtor Gary E. Alcorn, Jr. help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Nelson  Diaz    on behalf of Creditor    Bank of America, N.A. ndiaz@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christian M. Alcorn ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Gary E. Alcorn, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 11
```