FILED
11/15/16 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   GARY E. ALCORN, JR.<br>   CHRISTIAN M. ALCORN<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>    vs.<br>No Repondents. | Case No.:11-24477<br><br>Chapter 13<br><br>Related to Docket no. 161 |

### ORDER OF COURT

AND NOW, this _15th Day of November, 2016                    _, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 11-24477-GLT
Gary E. Alcorn                                                  Chapter 13
Christian M. Alcorn
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 5          Date Rcvd: Nov 15, 2016
                              Form ID: pdf900         Total Noticed: 110
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
```
db/jdb         +Gary E. Alcorn, Jr.,    Christian M. Alcorn,    3159 Indiana Drive,
                 Lower Burrell, PA 15068-2842
cr             +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
13126319       +AAS Debt Recovery Inc.,    Po Box 129,   Monroeville, PA 15146-0129
13126320       +ACS,    501 Bleecker Street,    Utica, NY 13501-2401
13126321        ACS,   PO Box 9001561,    Louisville, KY 40290-1561
13139443       +AES,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13193363       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13126323       +AIS Services LLC,    8996 Miramar Road,    Suite 220,   San Diego, CA 92126-4451
13126327        ARS,    207 West 2nd Avenue,    Escondido, CA 92025
13126329       +AT&T,    PO Box 78973,    Phoenix, AZ 85062-8973
13240353       #+Aaron's, Inc.,    2800 Canton Road, Suite 900,    Marietta, GA 30066-5477
13126324       +Allegheny Ludlum Federal Credit Union,    1117 Brackenridge Avenue,
                 Brackenridge, PA 15014-1503
13126326       +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13242737       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13126331       +Bank of America, N.A.,    450 American Street,    Simi Valley, CA 93065-6285
13126332       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
13126333       +Beneficial,    Po Box 3425,   Buffalo, NY 14240-3425
13161895       +Beneficial Consumer Discount Company,    2929 Walden Ave,    Depew, New York 14043-2602
13126334       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
13126347       ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
               (address filed with court: Comcast,    P.O. Box 3012,    Southeastern, PA 19398-3012)
13126336        Cash Jar,    PO Box 1639,    Belize City, Belize, C.A.
13126337       +Charter One Auto Finance,    228 Main Street East,    Rochester, NY 14604-2121
13126338       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13126339       +Chase,    Po Box 7090,    Mesa, AZ 85216-7090
13126344       +Citizen's Bank,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
13126345       +City of Lower Burrell,    115 Schreiber Street,    Lower Burrell, PA 15068-3229
13126346        Clearview Credit Union,    1453 Beers School,    Coraopolis, PA 15108
13126348        Conseco Finance,    345 St. Peter,    900 Landmark,    Saint Paul, MN 55102
13126349       +Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
13126352       +Dish Network,    PO Box 3097,    Bloomington, IL 61702-3097
13250086        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13126354       +ER Solutions,    800 SW 39th Street,    Renton, WA 98057-4975
13126355       +Fingerhut/Met Bank,    Post Office Box 166,    Newark, NJ 07101-0166
13126356       +First National Bank,    500 East 60th Street North,    Sioux Falls, SD 57104-0478
13126357       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13139479       +Gary L. Alcorn Sr.,    3089 Ben Davis Avenue,    New Kensington, PA 15068-3434
13126363       +Goldman & Warshaw, PC,    Attorneys at Law,    PO Box 106,    Pine Brook, NJ 07058-0106
13126364       +HSBC,    6602 Convoy Court,    San Diego, CA 92111-1009
13126367       ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/Best Buy,    Po Box 15519,    Wilmington, DE 19850)
13126365       #+Hsbc,    Po Box 5253,    Carol Stream, IL 60197-5253
13126366       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13126368       +Hsbc/Gateway,    Po Box 703,    Wood Dale, IL 60191-0703
13126371       +Litton Loan,    24 Greenway Plaza #712,    Houston, TX 77046-2401
13126372       +Litton Loan Servicing,    4828 Loop Central Drive,    Houston, TX 77081-2166
13126374       +Marine Bank,    3120 Robbins Road,    Springfield, IL 62704-7405
13126376        My Payday Loan,    Centro Colon,    8 Ava Piso,    San Jose, Costa Rica
13757842       +NATIONAL CAPITAL MANAGEMENT, LLC.,    PO Box 41117,    Norfolk, VA 23541-1117
13126379       +Northwest Consumer Discount Company,    4326 Northern Pike,    Monroeville, PA 15146-2834
13126395       +Peoples TWP LLC,    205 North Main Street,    Butler PA 16001-4904
13126322       +SUNTRUST,    c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg PA 17105-8183
13126386       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
13126387       +Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
13126388       +Smith, Haynes & Watson,    PO Box 148,    Mission, KS 66201-0148
13126392       +Sprint,    PO Box 600607,    Jacksonville, FL 32260-0607
13126393       +State Collection Services,    2509 South Stoughton Road,    Madison, WI 53716-3314
13139515       +TW Phillips Gas and Oil,    205 North Main Street,    Butler, PA 16001-4998
13126394       +The Law Office of,    Edwin A. Abrahamsen & Associates PC,    120 North Kyser Avenue,
                 Scranton, PA 18504-9701
13126396        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13126397       +US Department of Education,    Po Box 5609,    Greenville, TX 75403-5609
13217847       +VERIZON,    404 BROCK DR,    BLOOMINGTON, IL 61701-2654
13126398       +Verizon,    Bankruptcy Department,    3900 Washington Street,    Wilmington, DE 19802-2125
13126399        Vision Financial Corporation,    Post Office Box 900,    Purchase, NY 10577-0900
13126401       +WFNNB/Lane Bryant,    4590 East Broad Street,    Columbus, OH 43213-1301
13126400        Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
```

```
District/off: 0315-2                  User: mgut                    Page 2 of 5                   Date Rcvd: Nov 15, 2016
                                      Form ID: pdf900               Total Noticed: 110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2016 02:16:17      Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
cr               E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2016 02:17:06      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD, MN 56302-9617
cr               E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2016 02:26:38
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
cr               E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2016 02:25:18
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX 77210-4457
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 02:25:56
                 PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
cr               E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2016 02:13:56
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13126330         E-mail/Text: g20956@att.com Nov 16 2016 02:17:15      AT&T Wireless,   PO Box 129,
                 Newark, NJ 07101-0129
13139446        +E-mail/Text: bankruptcy@firstenergycorp.com Nov 16 2016 02:16:56      Allegheny Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15606-0001
13126328        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 16 2016 02:16:40      Asset Acceptance LLC,
                 Po Box 2036,    Warren, MI 48090-2036
13163601        +E-mail/Text: bncmail@w-legal.com Nov 16 2016 02:17:00      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13126341        +E-mail/Text: bnc-bluestem@quantum3group.com Nov 16 2016 02:17:16      CIT/Fingerhut,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
13126335        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 16 2016 02:13:17
                 Capital One Auto Finance,    3901 Dallas Parkway,   Plano, TX 75093-7864
13126351        +E-mail/Text: creditonebknotifications@resurgent.com Nov 16 2016 02:16:09      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
13126350        +E-mail/Text: creditonebknotifications@resurgent.com Nov 16 2016 02:16:09      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14301170         E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2016 02:16:17      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
13195274         E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2016 02:13:34      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13126358        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 02:13:32      GE Money Bank/DSGI,   Po Box 1400,
                 El Paso, TX 79948-1400
13126359         E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 02:13:53      GE Money Bank/JCPenney,
                 Po Box 984100,    El Paso, TX 79998
13126360         E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 02:13:12      GE Money Bank/Lowes,
                 Po Box 103065,    Roswell, GA 30076
13126361        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 02:13:53      GE Money Bank/Ritz Camera,
                 Po Box 981439,    El Paso, TX 79998-1439
13126362        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 02:13:09      GE Money Bank/Walmart,
                 Po Box 981400,    El Paso, TX 79998-1400
13527412         E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2016 02:13:34      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13126369         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2016 02:17:06      Jefferson Capital System,
                 16 Mcleland Road,    Saint Cloud, MN 56303
13171674         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2016 02:17:06      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13126370        +E-mail/Text: ebnsterling@weltman.com Nov 16 2016 02:16:19      Kay Jewelers,   375 Ghent Road,
                 Fairlawn, OH 44333-4600
13126373        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2016 02:13:38      LVNV Funding LLC,
                 Po Box 740281,    Houston, TX 77274-0281
13126375        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2016 02:16:43      Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
13619860         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2016 02:25:57      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
13537031         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2016 02:25:57      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX 77210-4457
13126378        +E-mail/Text: egssupportservices@egscorp.com Nov 16 2016 02:17:03      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2368
13126377        +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 16 2016 02:17:34      Navy Federal Credit Union,
                 P.O. Box 3000,    Merrifield, VA 22119-3000
13126381         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 02:45:09
                 Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 100,   Norfolk, VA 23502
13199613         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 02:45:09
                 Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13846550         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 02:26:38
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
13126382         E-mail/Text: admin@pdminc.net Nov 16 2016 02:16:06      Professional Debt,
                 4161 Carmichael Avenue,    Jacksonville, FL 32207
13182183         E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2016 02:13:55      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0315-2                  User: mgut                   Page 3 of 5                   Date Rcvd: Nov 15, 2016
                                      Form ID: pdf900              Total Noticed: 110


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13126380      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2016 02:44:50
               Portfolio Recovery & Affiliates,   120 Corporate Boulevard,   Suite 1,
               Norfolk, VA 23502-4952
13527413       E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2016 02:13:55
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13126389       E-mail/PDF: cbp@onemainfinancial.com Nov 16 2016 02:13:10     Springleaf Finance,
               915 West 31st Street,   Wichita, KS 67217
13126390       E-mail/PDF: cbp@onemainfinancial.com Nov 16 2016 02:13:32     Springleaf Financial Services,
               400 South Water Street,   Suite 1,   Kittanning, PA 16201
13126391       E-mail/PDF: cbp@onemainfinancial.com Nov 16 2016 02:13:53     Springleaf Financial Services,
               915 West 31st Street South,   Wichita, KS 67217
13139513       E-mail/Text: appebnmailbox@sprint.com Nov 16 2016 02:16:40     Sprint Nextel,    P.O. Box 7949,
               Overland Park KS 66207-0949
13126384      +E-mail/PDF: pa_dc_claims@navient.com Nov 16 2016 02:13:11     Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
13164029       E-mail/PDF: pa_dc_litigation@navient.com Nov 16 2016 02:13:11
               Sallie Mae Inc. on behalf of USA FUNDS,   Attn: Bankruptcy Litigation Unit E3149,
               P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
13126385      +E-mail/PDF: pa_dc_claims@navient.com Nov 16 2016 02:13:55     Sallie Mae Servicing,
               1002 Arthur Drive,   Lynn Haven, FL 32444-1683
13126325       E-mail/Text: bankruptcy@firstenergycorp.com Nov 16 2016 02:16:55     West Penn Power Co,
               P.O. Box 1392,   Fairmont WV 26555-1392
                                                                                              TOTAL: 46

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Ditech Financial LLC
13126318       Gary E. Alcorn, Jr. and Christian M. Alcorn
13139439       Gary E. Alcorn, Jr. and Christian M. Alcorn
cr*           +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13139440*     +AAS Debt Recovery Inc.,   Po Box 129,   Monroeville, PA 15146-0129
13139442*      ACS,   PO Box 9001561,   Louisville, KY 40290-1561
13139441*     +ACS,   501 Bleecker Street,   Utica, NY 13501-2401
13139444*     +AIS Services LLC,   8996 Miramar Road,   Suite 220,   San Diego, CA 92126-4451
13139448*      ARS,   207 West 2nd Avenue,   Escondido, CA 92025
13139450*     +AT&T,   PO Box 78973,   Phoenix, AZ 85062-8973
13139451*      AT&T Wireless,   PO Box 129,   Newark, NJ 07101-0129
13139445*     +Allegheny Ludlum Federal Credit Union,   1117 Brackenridge Avenue,
               Brackenridge, PA 15014-1503
13139447*     +Apothaker & Associates,   520 Fellowship Road C306,   Mount Laurel, NJ 08054-3410
13139449*     +Asset Acceptance LLC,   Po Box 2036,   Warren, MI 48090-2036
13139452*     +Bank of America, N.A.,   450 American Street,   Simi Valley, CA 93065-6285
13139453*     +Barclays Bank Delaware,   125 South West Street,   Wilmington, DE 19801-5014
13139454*     +Beneficial,   Po Box 3425,   Buffalo, NY 14240-3425
13139455*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
13139462*     +CIT/Fingerhut,   6250 Ridgewood Road,   St Cloud, MN 56303-0820
13139463*     +CITI Auto,   2208 Highway 121,   Suite 100,   Bedford, TX 76021-5981
13139468*     ++COMCAST,   676 ISLAND POND RD,   MANCHESTER NH 03109-4840
              (address filed with court: Comcast,   P.O. Box 3012,   Southeastern, PA 19398-3012)
13139456*     +Capital One Auto Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
13139457*      Cash Jar,   PO Box 1639,   Belize City, Belize, C.A.
13139458*     +Charter One Auto Finance,   228 Main Street East,   Rochester, NY 14604-2121
13139459*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13139460*     +Chase,   Po Box 7090,   Mesa, AZ 85216-7090
13139461*     +Chase Health Advance,   Po Box 4758,   Carol Stream, IL 60197-4758
13139464*     +Citifinancial,   Great Valley Shop Center,   1738 Greensburg Avenue,
               North Versailles, PA 15137-1667
13139465*     +Citizen's Bank,   480 Jefferson Boulevard,   Warwick, RI 02886-1359
13139466*     +City of Lower Burrell,   115 Schreiber Street,   Lower Burrell, PA 15068-3229
13139467*      Clearview Credit Union,   1453 Beers School,   Coraopolis, PA 15108
13139469*      Conseco Finance,   345 St. Peter,   900 Landmark,   Saint Paul, MN 55102
13139470*     +Credit Management LP,   4200 International Parkway,   Carrollton, TX 75007-1912
13139472*     +Credit One Bank,   Po Box 98872,   Las Vegas, NV 89193-8872
13139471*     +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
13139473*     +Dish Network,   PO Box 3097,   Bloomington, IL 61702-3097
13139475*     +ER Solutions,   800 SW 39th Street,   Renton, WA 98057-4975
13139474*     +Equable Ascent Financial,   1120 West Lake Cook Road,   Buffalo Grove, IL 60089-1970
13139476*     +Fingerhut/Met Bank,   Post Office Box 166,   Newark, NJ 07101-0166
13139477*     +First National Bank,   500 East 60th Street North,   Sioux Falls, SD 57104-0478
13139478*     +First Premier Bank,   601 South Minnesota Avenue,   Sioux Falls, SD 57104-4868
13139480*     +GE Money Bank/DSGI,   Po Box 1400,   El Paso, TX 79948-1400
13139481*      GE Money Bank/JCPenney,   Po Box 984100,   El Paso, TX 79998
13139482*      GE Money Bank/Lowes,   Po Box 103065,   Roswell, GA 30076
13139483*     +GE Money Bank/Ritz Camera,   Po Box 981439,   El Paso, TX 79998-1439
13139484*     +GE Money Bank/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
```

```
District/off: 0315-2           User: mgut                   Page 4 of 5                   Date Rcvd: Nov 15, 2016
                               Form ID: pdf900              Total Noticed: 110


              ***** BYPASSED RECIPIENTS (continued) *****
13139485*       +Goldman & Warshaw, PC,    Attorneys at Law,    PO Box 106,    Pine Brook, NJ 07058-0106
13139486*       +HSBC,   6602 Convoy Court,    San Diego, CA 92111-1009
13139489*      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/Best Buy,     Po Box 15519,    Wilmington, DE 19850)
13139487*       +Hsbc,   Po Box 5253,    Carol Stream, IL 60197-5253
13139488*       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13139490*       +Hsbc/Gateway,    Po Box 703,    Wood Dale, IL 60191-0703
13139491*      ++JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital System,     16 Mceland Road,
                  Saint Cloud, MN 56303)
13139492*       +Kay Jewelers,    375 Ghent Road,    Fairlawn, OH 44333-4600
13139495*       +LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
13139493*       +Litton Loan,    24 Greenway Plaza #712,    Houston, TX 77046-2401
13139494*       +Litton Loan Servicing,    4828 Loop Central Drive,    Houston, TX 77081-2166
13139496*       +Marine Bank,    3120 Robbins Road,    Springfield, IL 62704-7405
13139497*       +Midland Credit Management,    8875 Aero Drive,    San Diego, CA 92123-2255
13537720*        Midland Funding LLC,    by American InfoSource LP as agent,     PO Box 4457,
                  Houston, TX   77210-4457
13537721*        Midland Funding LLC,    by American InfoSource LP as agent,     PO Box 4457,
                  Houston, TX   77210-4457
13139498*        My Payday Loan,    Centro Colon,    8 Ava Piso,    San Jose, Costa Rica
13139499*       +NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2368
13139500*       +Northwest Consumer Discount Company,     4326 Northern Pike,    Monroeville, PA 15146-2834
13139502*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,     120 Corporate Boulevard,
                  Suite 100,   Norfolk, VA 23502)
13139503*      ++PROFESSIONAL DEBT MEDIATION,    7948 BAYMEADOWS WAY,     2ND FLOOR,    JACKSONVILLE FL 32256-8539
                (address filed with court: Professional Debt,     4161 Carmichael Avenue,
                  Jacksonville, FL 32207)
13139501*       +Portfolio Recovery & Affiliates,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
13139504*       +RJM Acquisitions Funding LLC,    575 Underhill Boulevard,    Suite 2,    Syosset, NY 11791-3416
13139510*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court: Springleaf Finance,     915 West 31st Street,    Wichita, KS 67217)
13139511*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court: Springleaf Financial Services,     400 South Water Street,    Suite 1,
                  Kittanning, PA 16201)
13139512*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court: Springleaf Financial Services,     915 West 31st Street South,
                  Wichita, KS 67217)
13139505*       +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13139506*       +Sallie Mae Servicing,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
13139507*       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
13139508*       +Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
13139509*       +Smith, Haynes & Watson,    PO Box 148,    Mission, KS 66201-0148
13139514*       +The Law Office of,    Edwin A. Abrahamsen & Associates PC,     120 North Kyser Avenue,
                  Scranton, PA 18504-9701
13139516*       +US Department of Education,    Po Box 5609,    Greenville, TX 75403-5609
13139517*       +Verizon,   Bankruptcy Department,    3900 Washington Street,    Wilmington, DE 19802-2125
13139518*        Vision Financial Corporation,    Post Office Box 900,    Purchase, NY 10577-0900
13139520*       +WFNNB/Lane Bryant,    4590 East Broad Street,    Columbus, OH 43213-1301
13139519*        Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13126342       ##+CITI Auto,    2208 Highway 121,    Suite 100,    Bedford, TX 76021-5981
13126340       ##+Chase Health Advance,    Po Box 4758,    Carol Stream, IL 60197-4758
13126343       ##+Citifinancial,    Great Valley Shop Center,     1738 Greensburg Avenue,
                  North Versailles, PA 15137-1667
13126353       ##+Equable Ascent Financial,    1120 West Lake Cook Road,    Buffalo Grove, IL 60089-1970
13126383       ##+RJM Acquisitions Funding LLC,    575 Underhill Boulevard,    Suite 2,    Syosset, NY 11791-3416
13129982       ##+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 4, * 80, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: mgut                  Page 5 of 5                   Date Rcvd: Nov 15, 2016
                               Form ID: pdf900             Total Noticed: 110
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
              Hilary B. Bonial    on behalf of Creditor   HSBC Finance Corporation notice@bkcylaw.com
              Jason J. Mazzei    on behalf of Plaintiff Christian M. Alcorn jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jason J. Mazzei     on behalf of Plaintiff Gary E. Alcorn, Jr. jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Joshua I. Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor Christian M. Alcorn help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Gary E. Alcorn, Jr. help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Nelson  Diaz    on behalf of Creditor   Bank of America, N.A. ndiaz@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christian M. Alcorn ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Gary E. Alcorn, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 11
```