# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

In re:                                                                        Case No. 11-24477GLT

    GARY E. ALCORN, JR.
    CHRISTIAN M. ALCORN
        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2011.

2) The plan was confirmed on 09/14/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 02/08/2012, 05/24/2012, 04/01/2013, 09/11/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/20/2016.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,497.45.

10) Amount of unsecured claims discharged without payment: $75,646.62.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $74,124.00 |
| Less amount refunded to debtor | $1,035.42 |

**NET RECEIPTS:** $73,088.58

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,526.96 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,326.96

Attorney fees paid and disclosed by debtor:  $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS INC | Secured | NA | 203.33 | 0.00 | 0.00 | 0.00 |
| AARONS INC | Unsecured | NA | 58.92 | 0.00 | 0.00 | 0.00 |
| AAS DEBT RECOVERY INC/AMERICA | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFSA DATA CORP/ACS** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AIS SERVICES LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY-LUDLUM FCU** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 1,981.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 6,318.00 | 6,401.85 | 6,401.85 | 114.81 | 0.00 |
| BANK OF AMERICA** | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA** | Secured | 76,588.00 | 81,922.01 | 0.00 | 43,161.70 | 0.00 |
| BANK OF AMERICA** | Secured | 0.00 | 6,656.28 | 6,656.28 | 6,656.28 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL CDC/HOUSEHOLD (RE)* | Unsecured | 37,550.00 | 35,620.12 | 35,620.12 | 638.80 | 0.00 |
| CANDICA LLC | Unsecured | 1,973.00 | 1,991.08 | 1,991.08 | 35.71 | 0.00 |
| CAPITAL ONE AUTO FNC/FKA SUMM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FNC/FKA SUMM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CASH JAR | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE AUTO FINANCE/FKA- | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE AUTO FINANCE/FKA- | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF LOWER BURRELL (EIT)** | Priority | 470.00 | NA | 470.00 | 470.00 | 0.00 |
| CLEARVIEW FCU** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CMI | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| CONSECO/FKA GREEN TREE ACCPTN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING ( | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 2,230.00 | 4,274.34 | 4,274.34 | 76.65 | 0.00 |
| ER SOLUTIONS | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GARY ALCORN | Unsecured | 8,600.00 | 8,562.00 | 8,562.00 | 153.55 | 0.00 |
| GECC/ LOWE'S++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JCPENNEY CO INC/MONOGRAM*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JCPENNEY CO INC/MONOGRAM*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JCPENNEY CO INC/MONOGRAM*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JCPENNEY CO INC/MONOGRAM*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 0.00 | 155.22 | 155.22 | 2.78 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 0.00 | 1,495.03 | 1,495.03 | 26.81 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,828.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| METABANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,441.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 694.00 | 693.89 | 693.89 | 12.45 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 0.00 | 2,828.44 | 2,828.44 | 50.72 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 0.00 | 746.88 | 746.88 | 13.40 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 203.59 | 203.59 | 203.59 | 3.65 | 0.00 |
| NAVY FEDERAL CREDIT UNION* | Secured | NA | 15,633.00 | 0.00 | 7,098.50 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*) | Unsecured | 1,701.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISC CO(* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISC CO(* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES TWP LLC* | Unsecured | 124.00 | 440.44 | 440.44 | 7.90 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 2,930.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 0.00 | 2,897.35 | 2,897.35 | 51.96 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 0.00 | 473.81 | 473.81 | 8.50 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Secured | 8,154.00 | 8,025.00 | 5,335.12 | 5,335.12 | 814.76 |
| PROFESSIONAL DEBT++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RITZ CAMERA++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC O/B/O USAF** | Unsecured | 55,819.00 | 56,026.25 | 56,026.25 | 1,004.76 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SMITH HAYNES & WATSON++ | Unsecured | 423.71 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SVCS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT TOGETHER WITH NEXTEL** | Unsecured | 1,094.00 | 1,094.91 | 1,094.91 | 19.63 | 0.00 |
| STERLING INC DBA KAY JEWELERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WAL MART++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER** | Unsecured | 355.25 | 177.15 | 177.15 | 3.18 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $43,161.70 | $0.00 |
| Mortgage Arrearage | $6,656.28 | $6,656.28 | $0.00 |
| Debt Secured by Vehicle | $5,335.12 | $12,433.62 | $814.76 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,991.40** | **$62,251.60** | **$814.76** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $470.00 | $470.00 | $0.00 |
| **TOTAL PRIORITY:** | **$470.00** | **$470.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$124,082.35** | **$2,225.26** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,326.96 |
| Disbursements to Creditors | $65,761.62 |
| **TOTAL DISBURSEMENTS:** | **$73,088.58** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/30/2016            By: /s/ Ronda J. Winnecour
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**